UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. §     CIVIL ACTION NO. <br> § <br> VARIOUS ELECTRONIC §     **EP19CV0088** <br> EQUIPMENT, § <br> § <br> Respondent. § | |

## VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and respectfully states as follows:

### I.
### NATURE OF THIS ACTION

This action is brought by the United States of America seeking forfeiture to the United States of the properties described below:

1. Alcatel Laptop Tablet;
2. Aspire Laptop;
3. Nook tablet;
4. I-Pad (broken);
5. Floppy Disk;
6. Two (2) DVD-RW;
7. DVD-RW Marked Photos;
8. Dell Desktop Computer;
9. HP Laptop Computer;
10. Sandisk Cruzer;
11. Sandisk Cruzer;
12. Sandisk Ultra USB;
13. Logitech USB;
14. SD USB;
17. Caviar 21600 Hard Drive;
18. Seagate Hard Drive;
19. Toshiba Laptop;
20. Compaq Laptop Computer;
21. Toshiba Laptop;
22. Aveteck Laptop;
23. USB-3 External Drive;
24. Samsung Galaxy Phone;
25. Samsung Gold Phone;
26. Lenovo Laptop Computer;
27. Toshiba Laptop;
28. Dell Laptop;
29. Three (3) Floppy Disks;
30. Android Flash Drive;

| | |
|---|---|
| 15. Gray USB; | 31. Western Digital Hard Drive; and |
| 16. Five (5) DVD-RW; | 32. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260. |

hereinafter referred to as the "Respondent Properties."

## II.
## JURISDICTION AND VENUE

The Court has original jurisdiction of all civil actions, suits or proceedings commenced by the United States under Title 28 U.S.C. § 1345 and over an action for forfeiture under Title 28 U.S.C. § 1355(a). This Court has *in rem* jurisdiction over the Respondent Real Property under Title 28 U.S.C. §§ 1355(b) and 1395(a). Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district.

## III.
## STATUTORY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Real Property for violations of Title 18 U.S.C. §§ 2252 and 2252A subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 2254 which states:

> **Title 18 U.S.C. § 2254.   Civil forfeiture**
> Any property subject to forfeiture pursuant to section 2253 may be forfeited to the United States in a civil case in accordance with the procedures set forth in chapter 46.

## IV.
## FACTS IN SUPPORT OF VIOLATIONS

See Appendix "A" for facts under seal.

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Properties, that due notice, pursuant to Rule G(4), be

given to all interested parties to appear and show cause why forfeiture should not be decreed,[1] that a warrant for an arrest in rem be ordered, that the Respondent Properties be forfeited to the United States of America, that the Respondent Properties be disposed of in accordance with the law, and for any such further relief as this Honorable Court deems just and proper.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By: _____
Kristal M. Wade
New Mexico Bar No.: 8204
Assistant United States Attorney
700 E. San Antonio Ave., Suite 200
El Paso, Texas 79901
Tel: (915) 534-6884
Fax: (915) 534-3461

---

[1] Appendix B, Notice of Complaint of Forfeiture, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Properties.

## **VERIFICATION**

Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") Special Agent Lisamarie Gulley, declares and says that:

1. I am a Special Agent with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), assigned to the El Paso Division Office. I am the investigator responsible for the accuracy of the information provided in this litigation.

2. I have read the above Verified Complaint for Forfeiture and know the contents thereof; that the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and based upon information and belief, the allegations contained in the Verified Complaint for Forfeiture are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of March, 2019.

*[signature]*
Lisamarie Gulley, Special Agent
Department of Homeland Security
Homeland Security Investigations

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VARIOUS ELECTRONIC EQUIPMENT,<br><br>Respondent. | § § § § § § § § § § § § § CIVIL ACTION NO.<br><br>**EP19CV0088** |

### NOTICE OF COMPLAINT FOR FORFEITURE

On March 11, 2019, the United States of America, by and through its United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, filed a Verified Complaint for Forfeiture against the properties described below, which is also specifically described in the Verified Complaint for Forfeiture, and which is subject to forfeiture to the United States pursuant to Title 18 U.S.C. § 2254, as properties involved in the violation of Title 18 U.S.C. §§ 2252 and 2252A, namely:

1. Alcatel Laptop Tablet;
2. Aspire Laptop;
3. Nook tablet;
4. I-Pad (broken);
5. Floppy Disk;
6. Two (2) DVD-RW;
7. DVD-RW Marked Photos;
8. Dell Desktop Computer;
9. HP Laptop Computer;
10. Sandisk Cruzer;
11. Sandisk Cruzer;
12. Sandisk Ultra USB;
13. Logitech USB;
14. SD USB;
15. Gray USB;
16. Five (5) DVD-RW;
17. Caviar 21600 Hard Drive;
18. Seagate Hard Drive;
19. Toshiba Laptop;
20. Compaq Laptop Computer;
21. Toshiba Laptop;
22. Aveteck Laptop;
23. USB-3 External Drive;
24. Samsung Galaxy Phone;
25. Samsung Gold Phone;
26. Lenovo Laptop Computer;
27. Toshiba Laptop;
28. Dell Laptop;
29. Three (3) Floppy Disks;
30. Android Flash Drive;
31. Western Digital Hard Drive; and
32. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260.

**APPENDIX B**

hereinafter referred to as the "Respondent Properties."

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Properties. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Properties who has received direct notice of this forfeiture action must file a Claim in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed. The Claim and Answer must be filed with the Clerk of the Court, 525 Magoffin, Suite 105, El Paso, Texas 79901, and copies of each must be served upon Assistant United States Attorney Kristal M. Wade, 700 E. San Antonio Ave., Suite 200, El Paso, Texas 79901, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE SENT:** _____

**APPENDIX B**

3

                    JOHN F. BASH
                    United States Attorney
                    for the Western District of Texas

By: _____
     Kristal M. Wade
     Assistant United States Attorney
     New Mexico Bar No. 8204
     700 E. San Antonio Ave., Suite 200
     El Paso, TX 79901
     Tel: 915-534-6884
     Fax: 915-534-3461

**APPENDIX B**

RECEIVED

MAR 1 1 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | **EP19CV0088** |
| VARIOUS ELECTRONIC § | |
| EQUIPMENT, § | |
| § | |
| Respondent. § | |

## ORDER FOR WARRANT OF ARREST OF PROPERTIES

WHEREAS, on March 11, 2019, Petitioner United States of America, by its attorneys, John F. Bash, United States Attorney for the Western District of Texas, and Assistant United States Attorney Kristal M. Wade, filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Texas, against the following properties:

1. Alcatel Laptop Tablet;
2. Aspire Laptop;
3. Nook tablet;
4. I-Pad (broken);
5. Floppy Disk;
6. Two (2) DVD-RW;
7. DVD-RW Marked Photos;
8. Dell Desktop Computer;
9. HP Laptop Computer;
10. Sandisk Cruzer;
11. Sandisk Cruzer;
12. Sandisk Ultra USB;
13. Logitech USB;
14. SD USB;
15. Gray USB;
16. Five (5) DVD-RW;
17. Caviar 21600 Hard Drive;
18. Seagate Hard Drive;
19. Toshiba Laptop;
20. Compaq Laptop Computer;
21. Toshiba Laptop;
22. Aveteck Laptop;
23. USB-3 External Drive;
24. Samsung Galaxy Phone;
25. Samsung Gold Phone;
26. Lenovo Laptop Computer;
27. Toshiba Laptop;
28. Dell Laptop;
29. Three (3) Floppy Disks;
30. Android Flash Drive;
31. Western Digital Hard Drive; and
32. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260,

seized on or about October 24, 2018, in El Paso, Texas, in the Western District of Texas (hereinafter referred to as the "Respondent Properties"), alleging that the Respondent Properties are subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 2254, as properties involved in the violation of Title 18 U.S.C. §§ 2252 and 2252A,

IT IS THEREFORE ORDERED that a Warrant for the Arrest of Properties against the Respondent Properties issue as prayed for, and that the Department of Homeland Security, United State Customs and Border Protection, Office of Fines, Penalties and Forfeitures, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Properties and take them into possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure, until further order of the Court, and to use whatever means may be appropriate to protect and maintain them in their custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Properties, and to make a return as provided by law.

SIGNED this _____ day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED

MAR 11 2019

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. |
| | § |
| VARIOUS ELECTRONIC EQUIPMENT, | § **EP19CV0088** |
| | § |
| Respondent. | § |

## WARRANT FOR THE ARREST OF PROPERTIES

**TO THE DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, OFFICE OF FINES, PENALTIES AND FORFEITURES, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS, on March 11, 2019, Petitioner United States of America, by its attorneys, John F. Bash, United States Attorney for the Western District of Texas, and Assistant United States Attorney Kristal M. Wade, filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Texas, against the following properties:

1. Alcatel Laptop Tablet;
2. Aspire Laptop;
3. Nook tablet;
4. I-Pad (broken);
5. Floppy Disk;
6. Two (2) DVD-RW;
7. DVD-RW Marked Photos;
8. Dell Desktop Computer;
9. HP Laptop Computer;
10. Sandisk Cruzer;
11. Sandisk Cruzer;
12. Sandisk Ultra USB;
13. Logitech USB;
14. SD USB;
15. Gray USB;
17. Caviar 21600 Hard Drive;
18. Seagate Hard Drive;
19. Toshiba Laptop;
20. Compaq Laptop Computer;
21. Toshiba Laptop;
22. Aveteck Laptop;
23. USB-3 External Drive;
24. Samsung Galaxy Phone;
25. Samsung Gold Phone;
26. Lenovo Laptop Computer;
27. Toshiba Laptop;
28. Dell Laptop;
29. Three (3) Floppy Disks;
30. Android Flash Drive;
31. Western Digital Hard Drive; and

| | |
|---|---|
| 16. Five (5) DVD-RW; | 32. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260, |

seized on or about October 24, 2018, in El Paso, Texas, in the Western District of Texas (hereinafter referred to as the "Respondent Properties"), alleging that the Respondent Properties are subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 2254, as properties involved in the violation of Title 18 U.S.C. §§ 2252 and 2252A, and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Properties be issued as prayed for by Petitioner United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Respondent Properties as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Properties are presently found, and to use whatever means may be appropriate to protect and maintain them in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Properties and to make a return as provided by law.

SIGNED this _____ day of March, 2019.

JEANNETTE J. CLACK
United States District Clerk
Western District of Texas

By: _____
Deputy

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

EP 19 CV 0088

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

2019 MAR 11 PM 4:29

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kristal M. Wade, Assistant United States Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901     (915) 534-6884

## DEFENDANTS
Various Electronic Equipment

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 2254
Brief description of cause:
Certain activities relating to material involving child exploitation (18 U.S.C. §§ 2252 and 2252A)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 03/11/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Kristal M. Wade

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE